Scott L. Metzger, SBN 89718
Anna F. Roppo, SBN 132680
DUCKOR SPRADLING METZGER & WYNNE
3043 4th Avenue
San Diego, CA 92103
(619) 209-3000

Attorney(s) for     Fisher Investments, Inc.

UNITED STATES DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Plaintiff:  Fisher Investments, Inc., a California Corporation          Case No:   CV 08 2872 SC

Defendant: Anthony H. Thole, an individual                              PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   PETITION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT (9 U.S.C. SECTION 9); CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; WELCOME LETTER; DROP BOX FILING PROCEDURES

2. a. Party served:     Anthony H. Thole, an individual
   b. Person served:    Anthony H. Thole
   c. Place of Service: 616 Spring Hill Bay
                        Woodbury, MN 55125
                        {Residence}

3. I served the party named in item 2
   a. By personally delivering copies to the person served.
      (1) on:  June 26, 2008
      (2) at:  8:35 p.m.

4. Person serving:                                    a. Fee for Service:$ 240.50
   BRIAN SOWADA                                       e. Exempt from registration under
   CALEXPRESS                                            Bus. & Prof. Code 22350(b)
   1302 Kettner Boulevard
   San Diego, CA 92101
   (619) 685-1122

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   June 23, 2008                                 Signature:        SEE ATTACHED

---

PROOF OF SERVICE

**STATE OF MINNESOTA**

**AFFIDAVIT OF SERVICE**

**COUNTY OF HENNEPIN**

**METRO LEGAL SERVICES**

Brian Sowada, being duly sworn, on oath says:
that on June 16, 2008, at 8:35 PM he served the attached:

Civil Cover Sheet; Petition to Confirm Arbitration Award and Enter Judgment (9 U.S.C. §9); Order Setting Initial Case Management Conference and ADR Deadlines; ECF Registration Information Handout; Pamphlet - Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California; USDC Guidelines (Welcome to the U.S. District Court); Notice of Availability of Magistrate Judge to Exercise Jurisdiction; and Public Notice - Magistrate Judge upon:

Anthony H. Thole, therein named, personally at:

616 Spring Hill Bay, Woodbury, County of Washington, State of Minnesota, by handing to and leaving with Anthony H. Thole, a true and correct copy thereof.

Subscribed and sworn to before me on

June 23rd, 2008

DAVID HALLDORSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

896535 - 1

RE: 816849