1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2    Including Professional Corporations
   ROBERT J. STUMPF, JR., Cal. Bar No. 72851
3    rstumpf@sheppardmullin.com
   STEVEN WINICK, Cal. Bar No. 160815
4    shwinick@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4109
   Telephone:    415-434-9100
6  Facsimile:    415-434-3947

7  Attorneys for RESPONDENT
   ANTHONY H. THOLE
8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | FISHER INVESTMENTS, INC., a California Corporation, | Case No. 08-2872 SC
13 | | **STIPULATION TO CONTINUE MOTION TO CONFIRM ARBITRATION AWARD AND STATUS CONFERENCE; ~~PROPOSED~~ ORDER**
14 | Petitioner, |
15 | v. |
16 | ANTHONY H. THOLE, an individual, | The Hon. Samuel Conti
17 | Respondent. |

W02-WEST:FSW\401030154.1

STIPULATION AND ORDER
Case No. 08-2872 SC

# STIPULATION

The parties, by and through their respective counsel of record, stipulate and agree as follows:

1. The hearing on petitioner Fisher Investments, Inc.'s motion to confirm arbitration award, currently scheduled for September 19, 2008, shall be continued until November 14, 2008 at 10:00 a.m. in Courtroom One.

2. Respondent Anthony H. Thole's opposition papers, if any, shall be served and filed no later than October 24, 2008 (21 days before the hearing date). Petitioner's reply papers, if any, shall be served and filed no later than October 31, 2008 (14 days before the hearing date).

3. In the event respondent fails to file opposition papers, the Court shall rule on petitioner's motion without a hearing.

4. The Status Conference, currently scheduled for September 19, 2008, shall be continued until November 14, 2008.

Dated:  September 18, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   /s/
STEVEN WINICK

ATTORNEYS FOR RESPONDENT
ANTHONY H. THOLE

1 | Dated: September 18, 2008

2 |            DUCKOR SPRADLING METZGER & WYNNE

4 |     By          /s/
5 |               SCOTT METZGER

6 |     ATTORNEYS FOR PETITIONER
7 |     FISHER INVESTMENTS, INC.

## ORDER

10 | IT IS SO ORDERED.

12 |     By
13 |     THE HON. SAMUEL CONTI

*IT IS SO ORDERED*
*Judge Samuel Conti*
(United States District Court, Northern District of California seal)