SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ROBERT J. STUMPF, JR., Cal. Bar No. 72851
  rstumpf@sheppardmullin.com
STEVEN WINICK, Cal. Bar No. 160815
  shwinick@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for RESPONDENT
ANTHONY H. THOLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FISHER INVESTMENTS, INC., a California Corporation,<br><br>               Petitioner,<br><br>    v.<br><br>ANTHONY H. THOLE, an individual,<br><br>               Respondent. | Case No. 08-2872 SC<br><br>**STIPULATION OF DISMISSAL**<br><br>The Hon. Samuel Conti |

W02-WEST:FSW\401143489.1

STIPULATION OF DISMISSAL
Case No. 08-2872 SC

## STIPULATION

The parties, by and through their respective counsel of record, stipulate to the dismissal without prejudice of the present action.

Dated: November 13, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By       /s/
      STEVEN WINICK

ATTORNEYS FOR RESPONDENT
ANTHONY H. THOLE

Dated: November 13, 2008

DUCKOR SPRADLING METZGER & WYNNE

By       /s/
      SCOTT METZGER

ATTORNEYS FOR PETITIONER
FISHER INVESTMENTS, INC.

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]